**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| SHARA DAWN LAWHORNE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   No.   1:13-cv-00425-GZS |
| | ) |
| WOLF, DIRECTOR, MT State | ) |
| Mental Hospital, | ) |
| | ) |
| Defendant | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed December 11, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Petition under 28 U.S.C. §2254 (ECF No. 1) is **DISMISSED** for failure to prosecute this action.

      /s/ George Z. Singal
      United States District Judge

Dated this 10th day of January, 2014.